UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| BOB HATTUM,<br>AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARK HATTUM,<br><br>           Plaintiff,<br><br>  vs.<br><br>KRAUS-ANDERSON<br>CONSTRUCTION COMPANY,<br><br>           Defendant and Third-<br>           Party Plaintiff,<br><br>  vs.<br><br>MARION TRUCKING<br>AND CONSTRUCTION COMPANY,<br><br>           Third-Party Defendant. | 3:12-CV-03031-RAL<br><br><br><br>JUDGMENT OF DISMISSAL |

      The parties have settled this case and now have filed a Stipulation for Dismissal, Doc. 60, which this Court interprets as a Joint Motion to Dismiss and hereby grants. Therefore, it is hereby

      ORDERED, ADJUDGED AND DECREED that Judgment of Dismissal with Prejudice as to all causes asserted or which could have been asserted in the above-captioned case hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure without taxation of costs to any party.

      DATED this 13th day of February, 2015.

                                    BY THE COURT:

                                    ROBERTO A. LANGE<br>
                                    UNITED STATES DISTRICT JUDGE